# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-1204

_____

Pimenio Vela Herrera

*Plaintiff - Appellant*

v.

Tammy Mowry, in their individual capacity; Monte Hovik, in their individual capacity

*Defendants - Appellees*

Jesse Robins, in their individual capacity

*Defendant*

Jerod Hahn, Deputy, in their individual capacity; J. D. Sutphen; Jeremy Brungard, in their individual capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: September 3, 2015
Filed: September 10, 2015
[Unpublished]

_____

Before WOLLMAN, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Pimenio Herrera appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action involving claims that defendants used excessive force and violated his constitutional rights, by assaulting him and transporting him unclothed between detention facilities. Following careful review, we affirm for the reasons stated by the district court, see 8th Cir. R. 47B, and we grant appellees' motions to strike an affidavit Herrera filed for the first time on appeal.

————————————————

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.